JACQUELYNE M. NGUYEN, Bar no. 249658
KSENIYA Y. STUPAK, Bar no. 309783
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, SUITE "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com
Email: kseniya@jacquelynenguyenlaw.com

Attorney for: Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 2:17-cv-6346 AB |
|---|---|
| Plaintiff, | (JPRx) |
| vs. | |
| SENDI L. ALONI, AKA SENDI ALONI, | CONSENT JUDGMENT |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Sendi L. Aloni, aka Sendi Aloni, in the principal amount of $10,565.28 plus interest accrued to August 23, 2017, in the sum of $9,521.84; with interest accruing thereafter at $0.92 daily until entry of judgment, for a total amount of $**20,087.12**.

DATED: 11/2/2017      By: _____

~~Kiry K. Gray, CLERK~~
U.S. District Court
Central District of California
ANDRÉ BIROTTE JR.